**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLAUDIA SANCHEZ,<br>Plaintiff,<br>v.<br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br>Defendant. | No. 2:26-cv-1811-DJC-ICD<br><br><u>ORDER</u> |

Plaintiff brings this civil action. Because no opposition to the pending motion to compel was filed within the time permitted under Eastern District of California Local Rule 251(e), the hearing set before the undersigned on October 28, 2026, at 10:00 a.m., is vacated and Defendant's motion to compel, ECF No. 8, is submitted without oral argument. Defendant's request for remote appearance, ECF No. 10, is denied as unnecessary.

IT IS SO ORDERED.

Dated: October 22, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE